Leo Pazdell, Plaintiff-Appellant, v. Joseph F. Cotteller and H. J. Mackin, Individually and as Partners d/b/a American Calculating and Typing Service, Defendants-Appellees.

Gen. No. 50,811.

First District, First Division.

April 10, 1967.

John C. Mullin, of Chicago, for appellant; Howard, French and Healy, of Chicago, for appellees. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.